# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Weller<br>Natalie S. Weller fka Natalie S Saner<br><br>Debtor(s) | BK NO. 17-04788 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of UNITED STATES DEPARTMENT OF AGRICULTURE and index same on the master mailing list.

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594