Certificate Number: 00301-PAM-DE-030546310

Bankruptcy Case Number: 17-04788


00301-PAM-DE-030546310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 7, 2018</u>, at <u>10:00</u> o'clock <u>PM EST</u>, <u>JAMES R WELLER</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>February 8, 2018</u>           By:   <u>/s/Pablo Minguela</u>

                                        Name: <u>Pablo Minguela</u>

                                        Title: <u>Certified Bankruptcy Counselor</u>