```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04788-RNO
James R Weller                                                      Chapter 7
Natalie S Weller
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini             Page 1 of 1          Date Rcvd: Dec 14, 2018
                               Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +James R Weller,   Natalie S Weller,   1258 Ridge Road,   Port Royal, PA 17082-7422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Kara Katherine Gendron    on behalf of Debtor 1 James R Weller karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Natalie S Weller karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Markian R Slobodian    on behalf of Trustee Markian R Slobodian (Trustee) law.ms@usa.net
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vera N Kanova    on behalf of Debtor 1 James R Weller verkanova@pa.gov
              Vera N Kanova    on behalf of Debtor 2 Natalie S Weller verkanova@pa.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James R Weller,  
    **Debtor 1**

Natalie S Weller,  
fka Natalie S Saner,  
    **Debtor 2**

Chapter 7

Case No. 1:17−bk−04788−RNO

Social Security No.:  
    xxx−xx−4968    xxx−xx−0993

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

    **Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 14, 2018

By the Court,

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: CGambini, Deputy Clerk

**fnldec** (05/18)